IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DR. THOMAS YAMASHITA, an individual;
SUNBURST PLANT DISEASE CLINIC,
INC., a California Corporation,

    Plaintiffs,

  v.

WILBUR ELLIS COMPANY, a California
Corporation; HUGHSON CHEMICAL
COMPANY, LLC, a California Limited
Liability Company,

    Defendants.

No. C 06-01690 WHA

**ORDER RE EXPEDITED DISCOVERY AND HEARING DATE FOR PRELIMINARY INJUNCTION MOTION**

Both parties are instructed to appear at **9:00 A.M.** on **TUESDAY, MARCH 28, 2006** to discuss a schedule for expedited discovery and to adjust the hearing date for plaintiffs' motion for preliminary injunction. The current March 30, 2006 deadline for defendants' opposition to the motion for preliminary injunction is continued, with a new deadline to be decided at the hearing.

**IT IS SO ORDERED.**

Dated: March 24, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE