**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. THOMAS YAMASHITA, an individual; SUNBURST PLANT DISEASE CLINIC, INC., a California Corporation,<br><br>          Plaintiffs,<br><br>  v.<br><br>WILBUR ELLIS COMPANY, a California Corporation; HUGHSON CHEMICAL COMPANY, LLC, a California Limited Liability Company,<br><br>          Defendants. | No. C 06-01690 WHA<br><br>**SCHEDULING ORDER RE EXPEDITED DISCOVERY AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to today's hearing, the following schedule will be in place for expedited discovery and briefing and hearing for plaintiffs' motion for a preliminary injunction:

1. Defendants may take one-day depositions of any witnesses who submitted declarations in support of plaintiffs' motion for a preliminary injunction. These depositions all must take place during the week beginning April 10, 2006.

2. Defendants are also permitted to serve plaintiffs with *five narrowly drawn* document requests by March 31, 2006. Plaintiffs must produce documents pursuant to these requests no later than April 5, 2006.

3. Defendants' opposition to plaintiffs' motion for preliminary injunction shall be filed no later than April 17, 2006.

4. Plaintiffs may take one-day depositions of any witnesses who submitted declarations in support of defendants' opposition papers. These depositions all must take place during the week beginning April 17, 2006.

5. Plaintiffs' reply brief in support of their motion for preliminary injunction shall be filed no later than April 26, 2006. This reply brief shall be limited to material from the depositions and true rebuttal material. Matter that should have been included in the opening will be subject to being stricken.

6. Hearing on plaintiffs' motion for preliminary injunction will take place at 2 p.m. on Monday, May 10, 2006.

**IT IS SO ORDERED.**

Dated: March 28, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2