MICAH R. JACOBS (STATE BAR NO. 174630)
ERIC K. FERRARO (STATE BAR NO. 172699)
JACOBS & FERRARO, LLP
One Embarcadero center, Suite 500
San Francisco, CA 94111
Telephone: 415-773-2852
Facsimile: 415-773-2854

Attorneys for Plaintiffs
DR. THOMAS YAMSHITA and SUNBURST PLANT
DISEASE CLINIC, INC.


WILLIAM L. ANTHONY (STATE BAR NO. 106908)
ELIZABETH A. HOWARD (STATE BAR NO. 173185)
HARDIP B. PASSANANTI (STATE BAR NO. 217484)
DIANA M. RUTOWSKI (STATE BAR NO. 233878)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Defendant
WILBUR-ELLIS COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. THOMAS YAMASHITA, an individual; SUNBURST PLANT DISEASE CLINIC, INC., a California Corporation,<br><br>Plaintiffs<br><br>v.<br><br>WILBUR ELLIS COMPANY, a California Corporation; HUGHSON CHEMICAL COMPANY, LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. C 06-01690 WHA<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART WILBUR-ELLIS COMPANY'S MOTION TO COMPEL AND MOTIONS TO STRIKE** |

Pursuant to the hearing on Monday April 24, 2006, the Court rules as follows:

1. Wilbur-Ellis Company's Motion to Compel Further Answers and Responses to Wilbur-Ellis' Expedited Requests for Production of Documents ("Motion to Compel") is hereby GRANTED in part and DENIED in part:

- The Motion to Compel with respect to Request No. 1 is hereby GRANTED. Plaintiffs are ordered to produce all notebooks responsive to Request No. 1, on which the specifications for the Patents-in-Suit are based by noon on Wednesday, April 26, 2006. Plaintiffs will be precluded from relying on any notebooks that they do not produce at this time in this case.

- The Motion to Compel with respect to Request No. 2 is hereby DENIED.

- The Motion to Compel with respect to Request No. 3 is hereby GRANTED in part. Plaintiffs are ordered to produce lists of all customers who purchased Plaintiffs' patented fertilizer products from Hughson Chemical Company during the time it distributed Plaintiffs' products up until the date this lawsuit was filed by noon on Wednesday, April 26, 2006. Plaintiffs will be precluded from relying on any customer lists in their possession, custody or control that they do not produce at this time in this case.

- The Motion to Compel with respect to Request No. 5 is hereby GRANTED in part. Plaintiffs are ordered to produce documents sufficient to show the composition of the patented fertilizer product from January 1, 2001 up until the date this lawsuit was filed by noon on Wednesday, April 26, 2006.

2. Wilbur-Ellis' Motion to Strike the Declarations of Dr. Peter Butterfield and Robert Kmieck is hereby DENIED.

3. Wilbur-Ellis' Motion to Strike the Supplemental Declaration of Dr. Thomas Yamashita is hereby GRANTED.

4. Wilbur-Ellis is permitted to file its own laboratory results showing the composition of its allegedly infringing products no later than noon on Wednesday, April 26, 2006.

5. Plaintiffs may take depositions of any witnesses who submitted declarations attaching Wilbur-Ellis' laboratory results. Wilbur-Ellis shall make any declarants available for deposition on either Thursday, April 27, or Friday, April 28, 2006.

6. Plaintiffs Reply Brief in support of their Motion for a Preliminary Injunction shall be filed no later than 4:00 p.m. on Monday, May 1, 2006.

IT IS SO ORDERED.

Dated: April 27, 2006

APPROVED
Judge William Alsup

_____
Honorable William Alsup
United States District Court Judge