1  WILLIAM L. ANTHONY (STATE BAR NO. 106908)
   ELIZABETH A. HOWARD (STATE BAR NO. 173185)
2  HARDIP B. PASSANANTI (STATE BAR NO. 217484)
   DIANA M. RUTOWSKI (STATE BAR NO. 233878)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025
   Telephone:     650-614-7400
5  Facsimile:     650-614-7401

6  Attorneys for Defendant
   WILBUR ELLIS COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | DR. THOMAS YAMASHITA, an individual; | Case No.  C 06-01690 WHA
   | SUNBURST PLANT DISEASE CLINIC,
13 | INC., a California Corporation, | [PROPOSED] ORDER GRANTING
   |                                   | WILBUR-ELLIS COMPANY'S
14 |         Plaintiffs,               | MOTION TO SHORTEN TIME FOR
   |                                   | THE HEARING ON WILBUR-ELLIS
15 |    v.                             | COMPANY'S MOTIONS FOR
   |                                   | SANCTIONS PURSUANT TO
16 | WILBUR ELLIS COMPANY, a California | F.R.C.P. 37(B)(2) AND TO STRIKE
   | Corporation; HUGHSON CHEMICAL     | PLAINTIFFS' MOTION TO STRIKE
17 | COMPANY, LLC, a California Limited | DECLARATION OF DR. ARNOLD J.
   | Liability Company,                | BLOOM
18 |
   |         Defendants.
19

20

21

22

23

24

25

26

27

28

US_WEST:260011757.1

[PROPOSED] ORDER GRANTING WILBUR-ELLIS'
MOTION TO SHORTEN TIME
C 06-01690 (WHA)

1
2      Before the Court is Wilbur-Ellis Company's Motion To Shorten Time For The
3  Hearing On Wilbur-Ellis Company's Motions For Sanctions Pursuant To F.R.C.P. 37(B)(2) And
4  To Strike Plaintiffs' Motion To Strike Declaration Of Dr. Arnold J. Bloom.
5      IT IS HEREBY ORDERED that Wilbur-Ellis Company's Motion To Shorten
6  Time For The Hearing On Wilbur-Ellis Company's Motions For Sanctions Pursuant To F.R.C.P.
7  37(B)(2) And To Strike Plaintiffs' Motion To Strike Declaration Of Dr. Arnold J. Bloom is
8  GRANTED.
9      FURTHER ORDERED that the hearing date will be May 10, 2006 at 2:00 p.m.
10 and the briefing schedule will be as follows:

| | |
|---|---|
| May 5, 2006 | Plaintiffs' Opposition to Wilbur-Ellis' Motions for Sanctions and to Strike. |
| May 8, 2006 | Wilbur-Ellis' optional Reply in support of its Motions for Sanctions and to Strike is due. |

IT IS SO ORDERED.

Dated: May 8, 2006, 2006

APPROVED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
Honorable William Alsup
United States District Court Judge