1  MICAH R. JACOBS (STATE BAR NO. 174630)
   ERIC K. FERRARO (STATE BAR NO. 172699)
2  JACOBS & FERRARO, LLP
   One Embarcadero center, Suite 500
3  San Francisco, CA  94111
   Telephone:     415-773-2852
4  Facsimile:     415-773-2854

5  Attorneys for Plaintiffs
   DR. THOMAS YAMSHITA and SUNBURST PLANT
6  DISEASE CLINIC, INC.

7

8  WILLIAM L. ANTHONY (STATE BAR NO. 106908)
   ELIZABETH A. HOWARD (STATE BAR NO. 173185)
9  HARDIP B. PASSANANTI (STATE BAR NO. 217484)
   DIANA M. RUTOWSKI (STATE BAR NO. 233878)
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
11 Menlo Park, CA  94025
   Telephone:     650-614-7400
12 Facsimile:     650-614-7401

13 Attorneys for Defendant and Counter Claimant
   WILBUR-ELLIS COMPANY

14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18

19 DR. THOMAS YAMASHITA, an individual;          Case No.  C 06-01690 WHA
   SUNBURST PLANT DISEASE CLINIC,
20 INC., a California Corporation,               **STIPULATION AND [PROPOSED]
                                                 ORDER TO FILE DECLARATION OF
21          Plaintiffs and Counter Defendants    ELIZABETH A. HOWARD IN SUPPORT
                                                 OF WILBUR-ELLIS COMPANY'S
22       v.                                      REPLY TO PLAINTIFFS' OPPOSITION
                                                 TO WILBUR-ELLIS COMPANY'S
23 WILBUR ELLIS COMPANY, a California            MOTION FOR AN ORDER
   Corporation; HUGHSON CHEMICAL                 SHORTENING TIME [SIC:  MOTIONS
24 COMPANY, LLC, a California Limited             FOR SANCTIONS AND TO STRIKE
   Liability Company,                            PLAINTIFFS' MOTION TO STRIKE
25                                               DECLARATION OF DR. ARNOLD J.
            Defendants and Counter Claimant.     BLOOM] AND EXHIBIT A THERETO
26                                               UNDER SEAL**

27

28

1    **STIPULATION**

2         1.      Plaintiffs Dr. Thomas Yamashita and Sunburst Plant Disease Clinic, Inc.

3    ("Plaintiffs") and Defendant Wilbur-Ellis Company ("Wilbur-Ellis") (collectively the "Parties")

4    submit this Stipulation, pursuant to Civil Local Rules 7-11 and 7-12, regarding Wilbur-Ellis'

5    Company's Administrative Motion to file its Declaration of Elizabeth A. Howard in Support of

6    Wilbur-Ellis Company's Reply to Plaintiffs' Opposition to Wilbur-Ellis Company's Motion For

7    An Order Shortening Time [sic: Motions for Sanctions and to Strike Plaintiffs' Motion to Strike

8    Declaration Of Dr. Arnold J. Bloom] (**"Declaration"**) and Exhibit A thereto ("Exhibit A") Under

9    Seal.  The Parties ask the Court to approve the Stipulation.

10        2.      Exhibit A contains documents, produced by Dr. Thomas Yamashita and

11   Sunburst Plant Disease Clinic, Inc., Bates labeled SUN 0041 – SUN 0194, and designated by

12   Plaintiffs as "Confidential Outside Attys' Eyes Only," pursuant to the Patent Local Rule 2-2,

13   thereby imposing a duty on the parties not to publicly disclose the contents of Exhibit A.

14        3.      The Declaration contains information from Exhibit A, thereby imposing a

15   duty on the parties not to publicly disclose the contents of the Declaration.

16        4.      Pursuant to General Order No. 45, X(B), the filer attests that she has

17   obtained the concurrence in the filing of this document from Micah R. Jacobs, attorney for

18   Plaintiffs.

19

20        NOW, THEREFORE, the Parties hereby AGREE AND STIPULATE and request

21   that the Court order that Declaration of Elizabeth A. Howard in Support of Wilbur-Ellis

22   Company's Reply to Plaintiffs' Opposition to Wilbur-Ellis Company's Motion For An Order

23   Shortening Time [sic: Motions for Sanctions and to Strike Plaintiffs' Motion to Strike Declaration

24   Of Dr. Arnold J. Bloom] and Exhibit A thereto be filed under seal.

25

26

27

28

1                                       Respectfully submitted,

2                                         ORRICK, HERRINGTON & SUTCLIFFE LLP

3

4 Dated: May 8, 2006                 By: _____/s/_____
                                              Diana Rutowski

5                                  Attorneys for Defendant and Counter Claimant
                                            Wilbur-Ellis Company

6

7 Dated: May 8, 2006                 By: _____/s/_____
                                              Micah R. Jacobs

8                                  Attorneys for Plaintiffs and Counter Defendants
                                 Dr. Thomas Yamashita and Sunburst Plant Disease

9                                               Clinic, Inc.

10

11                                      **[~~PROPOSED~~] ORDER**

12          The Declaration of Elizabeth A. Howard in Support of Wilbur-Ellis Company's

13 Reply to Plaintiffs' Opposition to Wilbur-Ellis Company's Motion For An Order Shortening

14 Time [sic: Motions for Sanctions and to Strike Plaintiffs' Motion to Strike Declaration Of Dr.

15 Arnold J. Bloom] ("Declaration") and Exhibit A thereto shall be filed under seal.

16

17                      PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

18

19

20 Dated: ___May 9_____, 2006

21

22                                 _____
                                      Honorable William Alsup
                                  United States District Court Judge

23

24

25

26

27

28