**United States District Court**
For the Northern District of California

1

2

3

4

5               UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7

8   DR. THOMAS YAMASHITA,                     No. C-06-1690 WHA  (JCS)

9           Plaintiff(s),

10      v.                                     **NOTICE OF SETTLEMENT
                                              CONFERENCE AND SETTLEMENT**
11  WILBUR ELLIS COMPANY,                     **CONFERENCE ORDER**

12          Defendant(s).                      (E-FILING CASE)
    _____/

13

14  TO ALL PARTIES AND COUNSEL OF RECORD:

15          The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

16          You are hereby notified that a Settlement Conference is scheduled for **July 18, 2006, at**

17  **9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

18  California.

19           On or before **June 16, 2006,** Defendant shall make a settlement proposal in writing with a

20  copy to the undersigned.

21          It is the responsibility of counsel to ensure that whatever discovery is needed for all sides to

22  evaluate the case for settlement purposes is completed by the date of the Settlement Conference.

23  Counsel shall cooperate in providing discovery informally and expeditiously.

24          Lead trial counsel shall appear at the Settlement Conference with the parties.  Dr. Yamashita

25  and a business representative of the Defendant with unlimited authority shall also attend the

26  Settlement Conference.  Any party who is not a natural person shall be represented by the person(s)

27  with **unlimited** authority to negotiate a settlement.  A person who needs to call another person not

28  present before agreeing to any settlement does not have unlimited authority.  If a party is a

**United States District Court**
For the Northern District of California

1   governmental entity, its governing body shall designate one of its members or a senior executive to

2   appear at the Settlement Conference with authority to participate in the Settlement Conference and,

3   if a tentative settlement agreement is reached, to recommend the agreement to the governmental

4   entity for its approval.  An insured party shall appear with a representative of the carrier with full

5   authority to negotiate up to the limits of coverage.  Personal attendance of a party representative will

6   rarely be excused by the Court, and then only upon separate written application demonstrating

7   substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is

8   known but no later than the Settlement Conference Statement.

9           **Each party shall prepare a Settlement Conference Statement, which must be LODGED**

10  **with the undersigned's Chambers no later than June 29, 2006.**  The Settlement Conference

11  Statements should **not** be electronically filed, and need not be served on opposing counsel.

12          The parties are encouraged, however, to exchange Settlement Conference Statements.  If

13  Settlement Conference Statements are exchanged, any party may submit an additional confidential

14  settlement letter to the Court not to exceed three (3) pages.  The contents of this confidential

15  settlement letter will not be disclosed to the other parties.

16          The Settlement Conference Statement shall include the following:

17          1.      A brief statement of the facts of the case.

18          2.      A brief statement of the claims and defenses including, but not limited to, statutory or

19  other grounds upon which the claims are founded, and a **candid** evaluation of the parties' likelihood

20  of prevailing on the claims and defenses.  The more candid the parties are, the more productive the

21  conference will be.

22          3.      A list of the key facts in dispute and a brief statement of the **specific** evidence

23  relevant to a determination of those facts.

24          4.      A summary of the proceedings to date and any pending motions.

25          5.      An estimate of the cost and time to be expended for further discovery, pretrial and trial.

26          6.      The relief sought, including an itemization of damages.

27          7.      The party's position on settlement, including present demands and offers and a history

28  of past settlement discussions.  The Court's time can best be used to assist the parties in completing

their negotiations, not in starting them.  The parties are urged to carefully evaluate their case before

taking a settlement position since extreme positions hinder the settlement process.

Settlement Conference Statements **may** be submitted on CD-ROM with hypertext links to

exhibits.  Otherwise, the portion of exhibits on which the party relies shall be highlighted.

It is not unusual for the conference to last three (3) or more hours.  Parties are encouraged to

participate and frankly discuss their case.  Statements they make during the conference will not be

admissible at trial in the event the case does not settle.  The parties should be prepared to discuss

such issues as:

1.      Their settlement objectives.

2.      Any impediments to settlement they perceive.

3.      Whether they have enough information to discuss settlement.  If not, what additional

information is needed.

4.      The possibility of a creative resolution of the dispute.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to

the date set for Settlement Conference.  Counsel shall provide a copy of this order to each party who

will participate in the conference.

IT IS SO ORDERED.

Dated:  June 19, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

United States District Court

For the Northern District of California

3