**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DR. THOMAS YAMASHITA, ET AL.,                 No. C-06-1690 WHA  (JCS)

       Plaintiff(s),

      v.                                                        **ORDER CONTINUING
SETTLEMENT CONFERENCE**

WILBUR ELLIS COMPANY,

       Defendant(s).                              (E-FILING CASE)
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the conference previously scheduled for July 18, 2006, at

9:30 a.m., has been continued until **July 24, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450

Golden Gate Avenue, San Francisco, California.  Lead trial counsel shall appear at the Settlement

Conference with the parties who have full authority to negotiate and settle the case.

    In addition, IT IS HEREBY ORDERED that a business person with authority to negotiate on

behalf of Defendant regarding potential business terms be on telephone standby for the duration of

the Settlement Conference if he or she is not able to personally attend the Settlement Conference.

    The parties shall notify the undersigned's chambers immediately at (415) 522-3691 if this

case settles prior to the date set for the Settlement Conference.  All other provisions of this Court's

June 19, 2006 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

    IT IS SO ORDERED.

Dated:  July 12, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge