IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. THOMAS YAMASHITA, an individual; SUNBURST PLANT DISEASE CLINIC, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>WILBUR ELLIS COMPANY, a California Corporation; HUGHSON CHEMICAL COMPANY, LLC, a California Limited Liability Company,<br><br>    Defendants.<br>_____/ | No. C 06-01690 WHA<br><br>**ORDER REQUESTING STIPULATED DISMISSAL** |

According to Docket Entry No. 103, the parties have fully settled this action. This order requests, therefore, that the parties submit a stipulated dismissal by no later than **AUGUST 4, 2006**, so that the Court may close the file.

**IT IS SO ORDERED.**

Dated: July 28, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE